IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

AIR INNOVATIONS, INC.,
*formerly known as Floratech Industries, Inc.*,

        Plaintiff,

                              Civil Action No.
                              5:05-CV-335 (NAM/DEP)

  vs.

LITTLEFUSE, INC.

        Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR PLAINTIFF: | |
| SHULMAN, CURTIN LAW FIRM<br>250 South Clinton Street<br>Suite 502<br>Syracuse, New York 13202 | PAUL J. CURTIN, JR., ESQ.<br>JOHN J. COUGHLIN, ESQ. |
| FOR DEFENDANT: | |
| HARRIS, BEACH LAW FIRM<br>One Park Place<br>4th Floor<br>Syracuse, New York 13202 | DAVID M. CAPRIOTTI, ESQ. |

NORMAN A. MORDUE
U.S. DISTRICT JUDGE

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

    I have been informed by Magistrate Judge David E. Peebles that the

parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action electronically.

Dated: November 3, 2005
      Syracuse, New York

Norman A. Mordue
U.S. District Judge